## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | 2:17-cr-000702-RGK-1 | Date: September 13, 2018 |

| | |
|---|---|
| Present: The Honorable | R. Gary Klausner. United States District Judge |
| Interpreter | N/A |

| S. Williams, Not present | Not Reported | Lauren Restrepo, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Juan Carlos Valadez-Munoz | N | X | | David Lee Menninger, DFPD | N | X | |

**Proceedings:** **Order re: Denial of Bail Pending Appeal**

Pursuant to the Ninth Circuit remand for oral or written reason for the Court's denial of Defendant's motion for bail pending appeal, the Court provides the following reason: the Court determined that Defendant failed to establish that he was not a danger to the community and not a flight risk.

**IT IS SO ORDERED**.

_____ : _____

Initials of Deputy Clerk  _____

cc: Ninth Circuit Court of Appeals